Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

| | |
|---|---|
| United States of America<br>v.<br>Terry Michael Williams-Bey a/k/a Terry Michael Williams a/k/a T M Williams Bey a/k/a T Williams Bey a/k/a Terrance Williams a/k/a Terrence Williams a/k/a Muhammad Shabazz<br>*Defendant* | Case No.  3:14-cr-91 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Terry Michael Williams-Bey a/k/a Terry Michael Williams a/k/a T M Williams Bey a/k/a T Williams ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon;
Aiding and Abetting

Date:  11/20/2014

/s/ Ashley Sanders
*Issuing officer's signature*

City and state:  Fargo, ND

Ashley Sanders, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/20/14, and the person was arrested on *(date)* 4/4/15
at *(city and state)* Grand Forks, ND.

Date:  4/6/15

*Arresting officer's signature*

Mike Gravalin  DUSM
*Printed name and title*