# Radisson

## Locker Room Padlock & Key Issue/Turn-in Form

A Locker Room padlock & key have been issued to: __Bey__
(Print Name)

Keys were issued by: __Mike Mohs – chief engineer__
(Name & Title)

| Padlock & Key # | Locker # |
|---|---|
| E373 | 39 |

I am responsible for the security and safekeeping of this key and padlock. I understand that a $5 administrative fee will be assessed for a lost or stolen key and a $15 administrative fee will be assessed for lock replacement. I understand that these fees will be deducted from my paycheck (*to request a replacement key or lock, see Human Resources*).

If my employment with the Radisson ends, I agree to return this key and padlock to Human Resources. If I do not return my key and padlock upon termination of employment, the above applicable fees will be withheld from my final paycheck.

Further, I understand that the locker I use while employed at the Radisson is subject to random searches by Management or a designee.

__T W Bey, Wed. 7-30-14__
(Sign and Date)

Keys were returned on: _____
(Name, Title and date)

Exhibit A