IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRY MICHAEL WILLIAMS-BEY,<br>a/k/a TERRY MICHAEL WILLIAMS,<br>a/k/a T M WILLIAMS BEY,<br>a/k/a T WILLIAMS BEY,<br>a/k/a TERRANCE WILLIAMS,<br>a/k/a TERRENCE WILLIAMS,<br>a/k/a MUHAMMAD SHABAZZ | I N F O R M A T I O N<br><br>Case No. 3:14-CR-91<br><br>Violation:   18 U.S.C. § 924(a)(1)(A) and 924(a)(1) |

**False Statement in Connection with Acquisition of a Firearm**

The United States Attorney Charges:

On or between October 3, 2014, in the District of North Dakota,

TERRY MICHAEL WILLIAMS-BEY,
a/k/a TERRY MICHAEL WILLIAMS,
a/k/a T M WILLIAMS BEY,
a/k/a T WILLIAMS BEY,
a/k/a TERRANCE WILLIAMS,
a/k/a TERRENCE WILLIAMS,
a/k/a MUHAMMAD SHABAZZ,

did knowingly make a false statement and representation to the Outdoorsman, a dealer licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the Outdoorsman, in that the defendant provided a copy of a North Dakota Concealed Weapons License when at the time he

well knew that the License had been revoked at the time of the purchase of a Charter Arms Model Bulldog, .44 caliber revolver, bearing Serial Number 14-35611;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 924(a)(1).

CHRISTOPHER C. MYERS
United States Attorney

KWR:ld