PS 38
(7/93)

# RELEASE STATUS REPORT TO THE COURT

**DEFENDANT:** Terry Michael Williams-Bey

**DOCKET NO.:** [0868 3:14CR00091]-[001]

**FOR:** ☐ PLEA   ☐ TRIAL   ☒ SENTENCING
(SEE ATTACHED PRETRIAL SERVICES REPORT)

**TO APPEAR ON:** 01/25/2016

**DISTRICT:** North Dakota

**BEFORE JUDGE:** Honorable Ralph R. Erickson

**INITIAL APPEARANCE DATE:** 04/06/2015

**RELEASE DATE:** 04/06/2015

**MAGISTRATE JUDGE:** Honorable Alice R. Senechal

**CONDITIONS OF RELEASE:**

- ☒ PRETRIAL SUPERVISION
- ☒ SEEK/MAINTAIN EMPLOYMENT
- ☐ SUBMIT TO COUNSELING AS DEEMED APPROPRIATE BY PRETRIAL SERVICES
- ☐ SURRENDER PASSPORT
- ☐ DO NOT OBTAIN PASSPORT
- ☐ REFRAIN FROM EXCESSIVE USE OF ALCOHOL OR ANY CONTROLLED SUBSTANCE
- ☐ LOCATION MONITORING PROGRAM
- ☐ DRUG/ALCOHOL MONITORING
- ☐ THIRD PARTY CUSTODY TO
- ☐ TRAVEL RESTRICTIONS
- ☒ OTHER

Within 48 hours the Defendant shall seek and identify a more permanent living situation which must be approved by the Pretrial Services Officer. Defendant shall not change his residence without prior approval of the Pretrial Services Officer.

**DEFENDANT HAS MET CONDITIONS OF RELEASE:** ☒ Yes   ☐ No

**CONDITIONS OF RELEASE NOT MET AND THE ACTIVITIES OF THE OFFICER TO BRING THE DEFENDANT INTO COMPLIANCE:**

**RECOMMENDATION:**

That the defendant remain on the same conditions of pretrial release and be allowed to self surrender to the designated facility if he is ordered to a period of incarceration.

**DATE:** 1-25-16

**U.S. PRETRIAL SERVICES OFFICER:** [signature]