# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-4223

_____

United States of America

Plaintiff - Appellee

v.

Terry Michael Williams-Bey

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of North Dakota - Fargo
(3:14-cr-00091-RRE-1)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

December 01, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans