IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal Case No. 3:14-cr-91 |
| vs. | **ORDER DENYING MOTION TO RECONSIDER** |
| Terry Michael Williams-Bey, | |
| Defendant. | |

Terry Michael Williams-Bey moves to reconsider its previous order denying his request to travel to Mecca, Saudi Arabia.[1] He asks the court for permission to travel to Mecca now for ten days, beginning on March 29, 2017. Having considered the motion, his supporting memorandum of law, and the entire record on the matter, the court **hereby DENIES** Williams-Bey's motion to reconsider.

**IT IS SO ORDERED**

Dated this 27th day of March, 2017.

                                                                                                  */s/   Ralph R. Erickson*
                                                                                                  Ralph R. Erickson, District Judge
                                                                                                  United States District Court

---

[1] Doc. #118.