IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>-vs-<br><br>Terry Michael Williams-Bey,<br><br>                Defendant. | Case No. 3:14-cr-91<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE** |

      Defendant, Terry Michaels Williams-Bey, moves the court for an order to show cause as to why he has not received a response from his probation officer to his request to travel "within the Country and inhabitance of his nationality[.]"[1] The court has been informed that Williams-Bey has received the travel authorization as of today, June 15, 2017. The motion for order to show cause is **DENIED AS MOOT.**

      **IT IS SO ORDERED.**

      Dated this 15th day of June, 2017.

                                                    */s/  Ralph R. Erickson*
                                                    Ralph R. Erickson, District Judge
                                                    United States District Court

---

[1] Doc. #124